ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, RICARDO ESCAMILLA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICARDO ESCAMILLA,<br><br>    Defendant. | CASE NO. 1:12-CR-00205 SKO<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference in this matter, currently calendared for October 1, 2012, be continued to October 15, 2012 at 1:00 p.m.

This continuance is necessitated as defense counsel has been assigned to trial in *People v. Margarito Sanchez,* Fresno County Superior Court Case Number F12900775, and is anticipated to last for one week.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: September 27, 2012    /s/ Laurel Montoya
                              LAUREL MONTOYA
                              Assistant United States Attorney
                              **This was agreed to by Ms. Montoya via telephone on September 27, 2012**

1

DATED: September 27, 2012     /s/ Roger K. Litman
                              ROGER K. LITMAN
                              Attorney for Defendant
                              RICARDO ESCAMILLA

ORDER

The parties' request for a continuance of the status conference is GRANTED. The parties are cautioned that any further request for an extension of time must be supported by good cause and shall include a detailed explanation demonstrating due diligence, including a description of what actions have been undertaken, and what further actions are needed, to move the case forward. Counsel's calendar conflict alone does not constitute good cause.

IT IS SO ORDERED.

**Dated:   September 27, 2012**            /s/ Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE