```
 1  ROGER K. LITMAN, 57634
    Attorney at Law
 2  Civic Center Square
    2300 Tulare Street, Suite 230
 3  Fresno, California 93721
    Telephone: (559) 237-6000
 4
    Attorney for Defendant, RICARDO ESCAMILLA
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF CALIFORNIA
 8
 9
10  UNITED STATES OF AMERICA,    )   CASE NO.  1:12-CR-00205 LJO
                                 )
11        Plaintiff,             )
                                 )   STIPULATION AND
12     v.                        )   ORDER TO CONTINUE
                                 )   SENTENCING
13  RICARDO ESCAMILLA,           )
                                 )
14        Defendant.             )
    _____ )
```

15      The parties hereto, by and through their respective attorneys, stipulate and
16  agree that the sentencing in this matter, currently calendared for March 25, 2013,
17  be continued to April 8, 2013 at 8:30 a.m. before the Honorable Lawrence J.
18  O'Neill.
19      The additional time requested is needed for defense counsel to prepare to
20  fully represent Mr. Escamilla at sentencing.
21      The parties also agree that any delay resulting from this continuance shall
22  be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F),
23  3161(h)(8)(A) and 3161(h)(8)(B)(I).
24
25  DATED:  March 21, 2013         /s/ Laurel Montoya
                                   LAUREL MONTOYA
26                                 Assistant United States Attorney
                                   **This was agreed to by Ms. Montoya
27                                 via email on March 21, 2013**
28

                                    1

1 | DATED: March 21, 2013 /s/ Roger K. Litman
ROGER K. LITMAN
2 | Attorney for Defendant
RICARDO ESCAMILLA
3
4
5 | IT IS SO ORDERED.
6 | **Dated:   March 21, 2013**          /s/  **Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE